FILED ___ LODGED ✗
RECEIVED ___ COPY ___

MAR 2 5 1999

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

FILED ✗ LODGED ___
RECEIVED ___ COPY ___

MAR 3 0 1999

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| NEWTEXAS FILMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA ARIZONA, RANDALL H. HADDEN, JONATHAN ABERNETHY,<br><br>Defendants. | No. 96-2529 PHX PGR<br><br>**ORDER OF EXTENSION OF TIME TO FILE REPLY MEMORANDUM ON BANK OF AMERICA'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed the Stipulation for Extension of Time to File Reply Memorandum on Bank of America's Cross-Motion for Summary Judgment signed by both plaintiff NewTexas Films Corporation and defendant Bank of America, and good cause appearing,

IT IS HEREBY ORDERED extending the time for Bank of America to file its reply memorandum on its Cross-Motion for Summary Judgment to and including April 9, 1999, in accordance with said Stipulation.

DONE IN OPEN COURT this 26th day of March, 1999.

Paul G. Rosenblatt
United States District Judge

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, AZ 85004-0001
(602) 382-6000

