```
          FILED ___ LODGED
___ RECEIVED ___ COPY
        JUN 0 7 1999
  CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
BY ___ PHOENIX DIVISION DEPUTY
```

```
✓ FILED ___ LODGED
✓ RECEIVED ___ COPY
        JUN - 9 1999
  CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| NEWTEXAS FILMS CORPORATION<br><br>PLAINTIFF,<br><br>V.<br><br>BANK OF AMERICA ARIZONA, ET AL.,<br><br>DEFENDANTS | No. CIV. 96-2529 PHX PGR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND DECLARATION OF HAL S. SCOTT** |

On this day, the Court considered plaintiff's motion to amend the Declaration of Hal S. Scott by filing his C.V. as an attachment to his Declaration. The Court finds that the motion should be granted.

The Court therefore accepts Exhibit 22 attached to plaintiff's motion (filed June 7, 1999) as an amendment to Exhibit 15, which was attached to plaintiff's motion for summary judgment (filed January 27, 1999).

SO ORDERED.

Dated this 7th day of JUNE, 1999.

_____
THE HONORABLE PAUL G. ROSENBLATT
United States District Judge

