UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| NEWTEXAS FILMS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA ARIZONA, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **JUDGMENT IN A CIVIL CASE** <br><br> CIV 96-2529-PHX-PGR |

FILED / RECEIVED   OCT - 6 1999   CLERK U S DISTRICT COURT   DISTRICT OF ARIZONA   BY _____ DEPUTY

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court having previously granted Defendant's Cross-Motion for Summary Judgment on August 17, 1999, and now having dismissed the remaining defendants, Plaintiff shall take nothing, this action and the Complaint are hereby dismissed.


   October 6, 1999                   RICHARD H. WEARE
Date                                             District Court Executive/Clerk

                                                     /s/ Kathleen M. Meehan
                                                     (By) Deputy Clerk

cc: [all counsel]

